UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Presidential Candidate Number P60005535, aka RONALD SATISH EMRIT & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN BURNETT Outfront of Cable News Network (CNN) Perhaps "Madame President," The Hypothetical Erin Burnett for President 2028 Campaign, Volodomyr Zelenskyy (President of Ukraine), Estate of Alexei Navalny, Maria Cherniavska of Warsaw, Poland, Darya Ignateva of Kyiv, Ukraine, Kateryna Olokoba of Kherson, Ukraine, International Court of Justice of the Hague, Netherlands, Rachel Barreiro Garcia (RBG) of Madrid, Spain, Estate of Ruth Bader Ginsberg (RBG), Sabine Aisha Jules of Fort Lauderdale, Florida, Yanick Rachel Emrit, Edna Carrasco of Panama City, Panama, Ana Gomez of Medellin, Colombia, Alina Alvarez of Madrid, Spain, Marena Linares of Tenerife in the Canary Islands,<br><br>Defendants. | Case No. CV-25-189-M-WWM<br><br>JUDGMENT IN A CIVIL CASE |

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 21, 2026, (Doc. 7), this action is DISMISSED.

Dated this 21st day of January, 2026

                        TYLER P. GILMAN, CLERK


                By:    /s/ Sarah Nagy
                        Deputy Clerk